```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP006050
Cashier ID: dhabing
Transaction Date: 03/11/2008
Payer Name: SCOPELITIS GARVIN LIGHT HANSON

CIVIL FILING FEE
 For: SCOPELITIS GARVIN LIGHT HANSON
 Case/Party: D-INS-1-08-CV-000321-001
 Amount:         $350.00

CHECK
 Check/Money Order Num: 94489
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

1:08-cv-0321-LJM-WTL

FILING FEE

SCOPELITIS GARVIN LIGHT HANSON


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $45.00 fee
will be charged for a returned
check."
```

