## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

MICROMETL CORP.,
                  Plaintiff.

vs.

TRANZACT TECHNOLOGIES, INC.,
                  Defendant.

Case No.:_____

Judge:_____

**1: 08-cv-0321-LJM-WTL**

### APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant, Tranzact Technologies, Inc.

I certify that I am admitted to practice in this court.

_March 11, 2008_
Date

_[signature]_
Signature

Thomas E. Schulte/20360-49
Print Name      Bar Number

Scopelitis Garvin Light Hanson & Feary
10 W. Market Street, Suite 1500
Address

Indianapolis,      IN          46204
City            State        Zip Code

(317) 637-1777      (317) 687-2414
Phone Number      Fax Number