IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICROMETL CORP.,
Plaintiff.

vs.

TRANZACT TECHNOLOGIES, INC.,
Defendant.

Case No.: _____

Judge: _____

1:08-cv-0321-LJM-WTL

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, RYAN A. MAHONEY of SULLIVAN HINCKS & CONWAY, respectfully moves the court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, TRANZACT TECHNOLOGIES, INC., in the above-styled cause only. In support of this motion, the undersigned states:

1. The undersigned is admitted to practice in the following jurisdictions (date of admission in parentheses), *inter alia*: United States District Court for the Northern District of Illinois (2001), United States District Court for the Northern District of Indiana (2005) and the Illinois Supreme Court (2001).

2. The undersigned is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. The undersigned has presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

SULLIVAN HINCKS & CONWAY

Ryan A. Mahoney
SULLIVAN, HICKS & CONWAY
120 West 22nd Street, Ste. 100
Oak Brook, IL 60523
TEL: (630) 573-5021
FAX: (630) 573-5130

ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICROMETL CORP.,<br>　　　　Plaintiff. | 1: 08-cv-0321-LJM-WTL<br>Case No.:_____<br><br>Judge:_____ |
| vs. | |
| TRANZACT TECHNOLOGIES, INC.,<br>　　　　Defendant. | |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the motion of RYAN A. MAHONEY, counsel for Defendant, TRANZACT TECHNOLOGIES, INC., for permission to appear and participate pro hac vice in the above-styled cause only. Being fully advised, it is now

　　ORDERED that the motion be, and hereby is GRANTED.


Date:_____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Cc:　　Counsel of Record