```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP006052
Cashier ID: dhabing
Transaction Date: 03/11/2008
Payer Name: SCOPELITIS GARVIN LIGHT HANS
ON
--------------------------------------
PRO HAC VICE
  For: SCOPELITIS GARVIN LIGHT HANSON
  Case/Party: D-INS-1-08-LB-000001-001
  Amount:      $30.00
PRO HAC VICE
  For: SCOPELITIS GARVIN LIGHT HANSON
  Case/Party: D-INS-1-08-LB-000001-001
  Amount:      $30.00
--------------------------------------
CHECK
  Check/Money Order Num: 94489
  Amt Tendered: $60.00
--------------------------------------
Total Due:     $60.00
Total Tendered: $60.00
Change Amt:    $0.00

1:08-cv-0321-LJM-WTL

PHV FEES--R MAHONEY & D SULLIVAN

SCOPELITIS GARVIN LIGHT HANSON


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```

SCANN