IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
08 MAR 11 PM 2: 38
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| MICROMETL CORP., <br> Plaintiff. | |
| vs. | Case No.: _____ <br><br> Judge: _____ |
| TRANZACT TECHNOLOGIES, INC., <br> Defendant. | 1: 08-cv-0321-LJM-**WTL** |

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Douglas R. Brown
Thomas W. Blessing
STEWART & IRWIN, P.C.
251 East Ohio Street, Suite 1100
Indianapolis, Indiana 46204
*Attorneys for Plaintiff*

Please take notice that a Notice of Removal of the above-referenced action to the United States District Court for the Southern District of Indiana, Indianapolis Division, a copy of which is attached hereto, was duly filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana, Indianapolis Division on the 10th day of March, 2005.

Respectfully submitted:

_____
Thomas E. Schulte/#20360-49

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY
10 West Market Street, Suite 1500
Indianapolis, IN 46204
(317) 492-9274 ph
(317) 687-2414 fax

Daniel C. Sullivan (*pro hac vice* pending)
Ryan A. Mahoney (*pro hac vice* pending)
SULLIVAN, HINCKS & CONWAY
122 West 22nd Street, Ste. 350
Oak Brook, IL 60523
630/573-5021 (Ph)
630/573/5130 (Fax)

Attorneys For Defendant,
Tranzact Technologies, Inc.