IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICROMETL CORP.,<br>　　　　Plaintiff. | 1: 08-cv-0321-LJM-WTL<br>Case No.:_____<br><br>Judge:_____ |
| vs. | |
| TRANZACT TECHNOLOGIES, INC.,<br>　　　　Defendant. | |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the motion of RYAN A. MAHONEY, counsel for Defendant, TRANZACT TECHNOLOGIES, INC., for permission to appear and participate pro hac vice in the above-styled cause only. Being fully advised, it is now

ORDERED that the motion be, and hereby is GRANTED.

Date: 03/14/2008

Cc:   Counsel of Record

*/s/ William T. Lawrence*

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana