```
Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP006109
Cashier ID: dhabing
Transaction Date: 03/14/2008
Payer Name: SCOPELITIS GARVIN LIGHT HANSON

PRO HAC VICE
 For: SCOPELITIS GARVIN LIGHT HANSON
 Case/Party: D-INS-1-08-LB-000001-001
 Amount:      $30.00

CHECK
 Check/Money Order Num: 94519
 Amt Tendered: $30.00

Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00

1:08-cv-0321-DFH-JMS

PHV FEE--MATTHEW P BARRETTE

SCOPELITIS GARVIN LIGHT

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45.00 fee
will be charged for a returned
check."
```