Granted on 3/18/08.
s/William T. Lawrence

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

8 MAR 14 PM 2:32

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

| | |
|---|---|
| MICROMETL CORP., <br> Plaintiff. <br><br> vs. <br><br> TRANZACT TECHNOLOGIES, INC., <br> Defendant. | Case No.: 1:08-CV-00321 <br><br> Judge: Larry J. McKinney |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83.5(c), the undersigned counsel, MATTHEW P. BARRETTE of SULLIVAN HINCKS & CONWAY, respectfully moves the court for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant, TRANZACT TECHNOLOGIES, INC., in the above-styled cause only. In support of this motion, the undersigned states:

1.   The undersigned is admitted to practice in the following jurisdictions with dates of admission, *inter alia*: U.S. Court of Appeals, 10th Circuit, 2004; U.S. Court of Appeals, Federal Circuit, 2005; U.S. Court of Appeals, 4th Circuit, 2006; U.S. District Court for the Northern District of Illinois, 2001; U.S. District Court for the Eastern District of Wisconsin, 2003; U.S. District Court for the Central District of Illinois, 2004, and the Illinois Supreme Court 2001.

2.   The undersigned is not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3.   The undersigned has presented a check in the amount of Thirty Dollars ($30.00) in payment of the administrative fees required to process this motion for admission *pro hac vice*.

WHEREFORE, the undersigned counsel respectfully requests this court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

SULLIVAN HINCKS & CONWAY

/s/ Matthew P. Barrette

Matthew P. Barrette
SULLIVAN, HICKS & CONWAY
120 West 22nd Street, Ste. 100
Oak Brook, IL 60523
TEL: (630) 573-5021
FAX: (630) 573-5130

ATTORNEYS FOR DEFENDANT