IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICROMETL CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | )  Case No.  1:08-CV-0321-LJM-WTL |
| vs. | ) |
| | ) |
| TRANZACT TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

## APPEARANCE

Thomas W. Blessing, with the firm of STEWART & IRWIN, P.C., hereby enters his appearance as an attorney for Plaintiff, MicroMetl Corp.

Respectfully submitted,

STEWART & IRWIN, P.C.

/s/ Thomas W. Blessing
Thomas W. Blessing, #15696-49
*Attorney for MicroMetl Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via electronic transmission, this 26th day of March, 2008:

ryanmahoney@shlawfirm.com            tschulte@scopelitis.com


/s/ Thomas W. Blessing
Thomas W. Blessing

STEWART & IRWIN, P.C.
Suite 1100
251 East Ohio Street
Indianapolis, IN 46204
(317) 639-5454
Fax:  (317)632-1319
si-173962_1