IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICROMETL CORP., )<br>)<br>    Plaintiff, )<br>) Case No.  1:08-CV-0321-LJM-WTL<br>vs. )<br>)<br>TRANZACT TECHNOLOGIES, INC., )<br>)<br>    Defendant. ) | |

### PLAINTIFF'S CORPORATE DISLOSURE STATEMENT

Plaintiff, by counsel, and pursuant to L.R. 7.2, files its corporate disclosure statement:

Publicly held companies or investment funds owning ten percent (10%) or more interest in Plaintiff:  None.

    Respectfully submitted,

    STEWART & IRWIN, P.C.

    /s/ Thomas W. Blessing
    Thomas W. Blessing, #15696-49
    *Attorney for MicroMetl Corp.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following counsel of record via electronic transmission, this 26th day of March, 2008:

ryanmahoney@shlawfirm.com          tschulte@scopelitis.com

    /s/ Thomas W. Blessing
    Thomas W. Blessing

STEWART & IRWIN, P.C.
Suite 1100
251 East Ohio Street
Indianapolis, IN 46204
(317) 639-5454
Fax:  (317)632-1319

si-173970_1