IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICROMETL CORP.,<br>Plaintiff. | Case No.: 1:08-cv-0321-LJM-WTL |
| vs. | U.S. District Judge Larry J. McKinney |
| TRANZACT TECHNOLOGIES, INC.,<br>Defendant. | Magistrate Judge William T. Lawrence |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, TRANZACT TECHNOLOGIES, INC. (hereinafter, "Defendant"), by and through its attorneys, SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY and SULLIVAN HINCKS & CONWAY, submits the following corporate disclosure statement, pursuant to Local Rule 7.2:

Publicly held companies or investment funds owning ten percent (10%) or more interest in Defendant: None.

Respectfully Submitted,

TRANZACT TECHNOLOGIES, INC.

By:  /s/ Ryan A. Mahoney
       One of Its Attorneys

| | | |
|---|---|---|
| Thomas E. Schulte<br>SCOPELITIS, GARVIN, LIGHT,<br>HANSON & FEARY<br>10 West Market Street<br>Suite 1500<br>Indianapolis, IN 46204<br>(317) 492-9274 ph<br>(317) 687-2414 fax | and | Daniel C. Sullivan (*pro hac vice*)<br>Ryan A. Mahoney (*pro hac vice*)<br>SULLIVAN, HICKS & CONWAY<br>120 West 22nd Street<br>Suite 100<br>Oak Brook, IL 60523<br>(630) 573-5021 ph<br>(630) 573-5130 fax |

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June, 2008, a copy of the foregoing was filed electronically. The following parties may access this filing through the Court's ECF system:

Thomas E. Schulte
tschulte@scopelitis.com

Douglas Robert Brown
dbrown@silegal.com

Thomas W. Blessing
tblessing@silegal.com, dedmondson@silegal.com

/s/ Ryan A. Mahoney
Ryan A. Mahoney

SULLIVAN, HICKS & CONWAY
120 West 22nd Street, Ste. 100
Oak Brook, IL 60523
(630) 573-5021 ph
(630) 573-5130 fax