IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| MICROMETL CORP., | |
|---|---|
| Plaintiff. | Case No.: 1:08-cv-0321-LJM-WTL |
| vs. | U.S. District Judge Larry J. McKinney |
| TRANZACT TECHNOLOGIES, INC., | Magistrate Judge William T. Lawrence |
| Defendant. | |

## ORDER

This matter coming to be heard on Defendant TranzAct Technologies, Inc.'s Motion to Vacate the June 9, 2008 Initial Pretrial Conference in this matter, due notice having been given, and the Court being advised in the premises, IT IS HEREBY ORDERED:

[X]   Defendant's Motion is GRANTED. The June 9, 2008 Initial Pretrial Conference in this matter is hereby vacated and continued until such time following the ruling on Defendant's pending Motion to Dismiss/Transfer for Improper Venue.

[ ]   Defendant's Motion is DENIED.

ENTERED this  3rd  Day of  June , 2008:

_William T. Lawrence_
Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana