# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:08–cv–00321–LJM–WTL

MICROMETL CORP. v. TRANZACT TECHNOLOGIES, INC.
Assigned to: Judge Larry J. McKinney
Referred to: Magistrate Judge William T. Lawrence
Case in other court:  Marion County Superior Court, 49D10–0802–PL–009473
Cause: 28:1446 Petition for Removal

Date Filed: 03/11/2008
Date Terminated: 06/05/2008
Jury Demand: None
Nature of Suit: 150 Contract: Recovery/Enforcement
Jurisdiction: Diversity

**Plaintiff**

**MICROMETL CORP.**    represented by    **Douglas Robert Brown**
STEWART &IRWIN
251 East Ohio Street
Suite 1100
Indianapolis, IN 46204
(317) 639–5454
Fax: (317) 632–1319
Email: dbrown@silegal.com
*ATTORNEY TO BE NOTICED*

**Thomas W. Blessing**
STEWART &IRWIN
251 East Ohio Street
Suite 1100
Indianapolis, IN 46204
(317) 639–5454
Fax: (317) 632–1319
Email: tblessing@silegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**TRANZACT TECHNOLOGIES, INC.**    represented by    **Daniel C. Sullivan**
SULLIVAN HINCKS &CONWAY
120 West 22nd Street
Suite 100
Oak Brook, IL 60523
(630) 573–5021
Fax: (630) 573–5130
Email: dansullivan@shlawfirm.com
*ATTORNEY TO BE NOTICED*

**Matthew P. Barrette**
SULLIVAN HINCKS &CONWAY
120 W. 22nd Street, Suite 100
Oak Brook, IL 60523
630–573–5021

Fax: 630–573–5130
Email: mattbarrette@shlawfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan A. Mahoney**
SULLIVAN, HICKS &CONWAY
120 W. 22nd Street
Suite 100
Oak Brook, IL 60523
(630) 573–5021
Fax: (630) 573–5130
Email: ryanmahoney@shlawfirm.com
*ATTORNEY TO BE NOTICED*

**Thomas E. Schulte**
SCOPELITIS GARVIN LIGHT HANSON &FEARY PC
10 West Market Street
Suite 1500
Indianpolis, IN 46204
(317) 637–1777
Fax: (317) 687–2414
Email: tschulte@scopelitis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/2008 | Ï 1 | NOTICE OF REMOVAL from Marion County Superior Court, case number 49D10–0802–PL–0009473, filed by TRANZACT TECHNOLOGIES, INC. (Attachments: # 1 Exhibit 1 – State Court Record)(TAA) (Entered: 03/12/2008) |
| 03/11/2008 | Ï 2 | CIVIL COVER SHEET, filed by Defendant TRANZACT TECHNOLOGIES, INC. (TAA) (Entered: 03/12/2008) |
| 03/11/2008 | Ï 3 | RECEIPT #IP006050 in the amount of $ 350.00 for filing fee. (TAA) (Entered: 03/12/2008) |
| 03/11/2008 | Ï 4 | NOTICE of Appearance by Thomas E. Schulte on behalf of Defendant TRANZACT TECHNOLOGIES, INC. (TAA) (Entered: 03/12/2008) |
| 03/11/2008 | Ï 5 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (TAA) (Entered: 03/12/2008) |
| 03/11/2008 | Ï 6 | MOTION of Ryan A. Mahoney to Appear pro hac vice, filed by Defendant TRANZACT TECHNOLOGIES, INC. (Attachments: # 1 Text of Proposed Order Granting Motion to Appear Pro Hac Vice)(TAA) (Entered: 03/12/2008) |
| 03/11/2008 | Ï 7 | MOTION of Daniel C. Sullivan to Appear pro hac vice, filed by Defendant TRANZACT TECHNOLOGIES, INC. (Attachments: # 1 Text of Proposed Order Granting Motion to Appear Pro Hac Vice)(TAA) (Entered: 03/12/2008) |
| 03/11/2008 | Ï 8 | RECEIPT #IP006052 in the amount of $ 60.00 for pro hac vice fees for Ryan A. Mahoney and Daniel C. Sullivan. (TAA) (Entered: 03/12/2008) |
| 03/11/2008 | Ï 9 | NOTICE of Filing (Notice of Removal) by TRANZACT TECHNOLOGIES, INC. (TAA) (Entered: 03/12/2008) |

| | | |
|---|---|---|
| 03/14/2008 | 10 | ORDER granting 6 Motion to Appear pro hac vice. Attorney Ryan A. Mahoney for TRANZACT TECHNOLOGIES, INC. added. Signed by Magistrate Judge William T. Lawrence on 3/14/08. c/m WTL (TMA) (Entered: 03/14/2008) |
| 03/14/2008 | 11 | ORDER granting 7 Motion to Appear pro hac vice. Attorney Daniel C. Sullivan for TRANZACT TECHNOLOGIES, INC. added. Signed by Magistrate Judge William T. Lawrence on 03/14/08. c/m WTL (TMA) (Entered: 03/14/2008) |
| 03/14/2008 | 12 | MOTION to Appear pro hac vice by Matthew P. Barrette, filed by Defendant TRANZACT TECHNOLOGIES, INC. (PG) (Entered: 03/17/2008) |
| 03/14/2008 | 13 | RECEIPT #IP 6109 in the amount of $ 30.00 for phv fee, Barrette (PG) (PG). (Entered: 03/17/2008) |
| 03/18/2008 | 14 | ORDER granting 12 Motion to Appear pro hac vice. Attorney Matthew P. Barrette for TRANZACT TECHNOLOGIES, INC. added. Signed by Magistrate Judge William T. Lawrence on 3/18/08. c/m WTL (TMA) (Entered: 03/18/2008) |
| 03/24/2008 | 15 | SCHEDULING ORDER: Initial Pretrial Conference set for 6/9/2008 01:00 PM in room #277 before Magistrate Judge William T. Lawrence. (See Entry) (TMA) (Entered: 03/24/2008) |
| 03/26/2008 | 16 | NOTICE of Appearance by Thomas W. Blessing on behalf of Plaintiff MICROMETL CORP.. (Blessing, Thomas) (Entered: 03/26/2008) |
| 03/26/2008 | 17 | Corporate Disclosure Statement by MICROMETL CORP.. (Blessing, Thomas) (Entered: 03/26/2008) |
| 03/28/2008 | 18 | MOTION to Change Venue *or Dismiss*, filed by Defendant TRANZACT TECHNOLOGIES, INC.. (Attachments: # 1 Exhibit Exhibit 1 –– Complaint, # 2 Exhibit Exhibit 2 –– Not. of Removal, # 3 Exhibit Declaration)(Mahoney, Ryan) (Entered: 03/28/2008) |
| 03/28/2008 | 19 | BRIEF/MEMORANDUM in Support re 18 MOTION to Change Venue *or Dismiss*, filed by Defendant TRANZACT TECHNOLOGIES, INC.. (Mahoney, Ryan) (Entered: 03/28/2008) |
| 04/14/2008 | 20 | RESPONSE in Opposition re 18 MOTION to Change Venue *or Dismiss*, filed by Plaintiff MICROMETL CORP.. (Attachments: # 1 Affidavit of Mark Webber)(Blessing, Thomas) (Entered: 04/14/2008) |
| 04/21/2008 | 21 | REPLY in Support of Motion re 18 MOTION to Change Venue *or Dismiss*, filed by Defendant TRANZACT TECHNOLOGIES, INC.. (Attachments: # 1 Exhibit 4 –– Declaration of Michael Regan)(Mahoney, Ryan) (Entered: 04/21/2008) |
| 05/30/2008 | 22 | MOTION to Vacate *June 9, 2008 Initial Pretrial Conference*, filed by Defendant TRANZACT TECHNOLOGIES, INC.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Mahoney, Ryan) (Entered: 05/30/2008) |
| 06/02/2008 | 23 | Corporate Disclosure Statement by TRANZACT TECHNOLOGIES, INC.. (Mahoney, Ryan) (Entered: 06/02/2008) |
| 06/03/2008 | 24 | ORDER granting 22 Defendant's Motion to Vacate the 6/09/08 Initial Pretrial Conference. Signed by Magistrate Judge William T. Lawrence on 6/03/08. (JHO) (Entered: 06/03/2008) |
| 06/05/2008 | 25 | ORDER ON DEFENDANTS MOTION TO DISMISS/TRANSFER FOR IMPROPER VENUE PURSUANT TO RULE 12(b)(3) AND/OR 28 U.S.C. § 1406. For the foregoing reasons (see Order), the Court orders the Clerk of the Court to TRANSFER MicroMetls case to the District Court for the Northern District of Illinois, Eastern Division. Signed by Judge Larry J. McKinney on 6/5/08.(PG) (Entered: 06/05/2008) |

**Case #: 1:08−cv−00321−LJM−WTL**