# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
Micrometl Corp., Plaintiff  
v  
TranzAct, Defendant

Case Number: 08 CV 3257

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, MICROMETL CORP.

| |
|---|
| NAME (Type or print) <br> Lisa C. Sullivan |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lisa C. Sullivan |
| FIRM <br> UNGARETTI & HARRIS LLP |
| STREET ADDRESS <br> 3500 Three First National Plaza |
| CITY/STATE/ZIP <br> Chicago, Illinois   60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6243976 | TELEPHONE NUMBER <br> 312.977.4465  Fax: 312.977.4405 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐