## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number:      08-CV-3257

MicroMetl Corp.

TranzAct Technologies, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

MicroMetl Corp.

| |
|---|
| NAME (Type or print) <br> Thomas W. Blessing |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/Thomas W. Blessing |
| FIRM   STEWART & IRWIN, P.C. |
| STREET ADDRESS  251 East Ohio Street, Suite 1100 |
| CITY/STATE/ZIP  Indianapolis, Indiana  46204 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER (317)639-5454 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
|  RETAINED COUNSEL                          APPOINTED COUNSEL |

SI-185337_1