# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Micrometl Corp.

                Plaintiff,

v.                                         Case No.: 1:08−cv−03257
                                                   Honorable Ruben Castillo

Tranzact Technologies, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/16/2008. This court will hold a settlement conference in chambers on 9/18/2008 at 12:30 PM. Clients with settlement authority are directed to appear or be available by telephone. Plaintiff to submit a written settlement demand to defendant's counsel by 7/25/2008. Defendant to submit a written response by 8/5/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.