**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Micrometl Corp.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−03257
                                               Honorable Nan R. Nolan

Tranzact Technologies, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Magistrate Judge Status hearing held on 8/7/2008. Parties reported settlement conference before Judge Castillo set for 09/18/08. Status hearing set for 9/23/2008 at 09:00 a.m. Parties to report if an agreement has been reached. If an agreement was not reached, parties to be prepared to submit an agreed discovery schedule.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.