IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICROMETL CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  08-CV-3257 |
| vs. ) | |
| ) | |
| TRANZACT TECHNOLOGIES, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

MicroMetl Corp., by counsel, notifies the Court that it has served its Fed. R. Civ. P. 26 Disclosures upon all parties in this matter.

Respectfully submitted,

/s/ Thomas W. Blessing
Thomas W. Blessing, Indiana Bar #15696-49
admitted *Pro Hac Vice*
Jill C. Taylor, #6292018
*Attorneys for MicroMetl Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of August, 2008, a copy of the foregoing was filed electronically. The following parties may access this filing through the Court's ECF system:

ryanmahoney@shlawfirm.com                    tschulte@scopelitis.com

jctaylor@uhlaw.com                           dansullivan@shlawfirm.com

mattbarrette@shlawfirm.com

                                                        /s/ Thomas W. Blessing
                                                        Thomas W. Blessing

STEWART & IRWIN, P.C.
Suite 1100
251 East Ohio Street
Indianapolis, IN 46204
(317) 639-5454
Fax: (317)632-1319

UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-4414
Fax: (312) 977-4405

SI-191871_1